IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NOS. 4:15-CR-172-ALM-CAN |
| LEONARD RAY BASS | § § § | 4:07-CR-108-ALM-CAN-1 |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 27, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Colleen Bloss.

On January 9, 2008, in cause no. 4:07-cr-108, United States District Judge Michael H. Schneider sentenced Defendant to a term of sixty-eight (68) months' imprisonment followed by three (3) years of supervised release. Defendant was also sentenced to pay restitution in the amount of $54,213 and a special assessment of $100. On June 25, 2015, this action was assigned to United States District Judge Amos L. Mazzant, III. On April 20, 2016, Defendant's supervised release was revoked, and Defendant was sentenced to a term of fourteen (14) months' imprisonment followed by twenty-one (21) months of supervised release.

On April 15, 2016, in cause no. 4:15-cr-172, United States District Judge Amos M. Mazzant, III sentenced Defendant to a term of seventy-two (72) months' imprisonment followed by three (3) years of supervised release to run concurrently with the revocation judgment set forth above. Defendant was also sentenced to pay restitution in the amount of $2,784 and a special

assessment of $100. On August 21, 2020, Defendant completed the term of imprisonment and began serving the term of supervision.

On July 23, 2021, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Original Petition") in cause nos. 4:07-cr-108 and 4:15-cr-172. *See* No. 4:07-cr-108, Dkt. 80; No. 4:15-cr-172, Dkt. 46. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; (2) Defendant shall report to the probation office in a manner and frequency directed by the Court or probation officer; and (3) Defendant shall pay restitution as ordered by the Court. *See* No. 4:07-cr-108, Dkt. 80; No. 4:15-cr-172, Dkt. 46.

The Petition asserts Defendant violated the foregoing conditions as follows:

- Defendant unlawfully possessed a controlled substance, as evidenced by methamphetamine-positive urine specimens provided on the following dates: July 7, 2021; June 24, 2021; June 7, 2021; May 18, 2021; and May 5, 2021.
- Defendant failed to report to the United States Probation Office on May 24, 2021, as required.
- Defendant failed to make restitution payments, as ordered in cause no. 4:15-cr-172, in the following months: November 2020, January 2020, January 2021, and March–June 2021.
- Defendant failed to make restitution payments, as ordered in cause no. 4:07-cr-108, in the following months: October–December 2020, January–February 2021, and April–June 2021.

*See* No. 4:07-cr-108, Dkt. 80; No. 4:15-cr-172, Dkt. 46.

On September 2, 2021, the U.S. Probation Officer filed the First Amended Petition for Warrant or Summons for Offender Under Supervision (the "Amended Petition") in cause no. 4:15-cr-172 only. *See* No. 4:15-cr-172, Dkt. 50. In addition to the violations alleged in the Original Petition, the Amended Petition alleges that Defendant violated the following condition: Defendant shall not commit another federal, state, or local crime. *See id.* The Amended Petition alleges

2

Defendant was arrested on August 25, 2021, for Possession of a Controlled Substance, a state felony. *See id.*

On January 27, 2022, the Court conducted a final revocation hearing on the Petition. *See* No. 4:07-cr-108, Dkt. 94; No. 4:15-cr-172, Dkt. 60. Defendant entered a plea of true to each allegation, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* No. 4:07-cr-108, Dkts. 94, 95; No. 4:15-cr-172, Dkts. 60, 61. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the January 27, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons as follows: (a) as to cause number 4:07-cr-108, Defendant shall be imprisoned for a term of six (6) months with no supervised release to follow; and (b) as to cause number 4:15-cr-172, Defendant shall be imprisoned for a term of twenty-four (24) months with no supervised release to follow. Both sentences shall run concurrently. The Court further recommends Defendant be placed at the Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 1st day of February, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE